UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WARDEN LEE III,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No:   8:23-cv-02336-JLB-TGW

SMARTER LOGISTICS,

    Defendant.
_____/

## ORDER

    The Magistrate Judge has entered a Report and Recommendation (Doc. 40), recommending that the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 35) be granted.  No party has objected, and the time to do so has expired.

    A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

    Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 40) is **ADOPTED** and made a part of this Order for all purposes.

2. The Joint Motion for Approval of Settlement and Dismissal (Doc. 35) is **GRANTED**.

3. This case is **DISMISSED with prejudice**, and the Clerk is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines, and close the file.

**ORDERED** in Tampa, Florida, on February 7, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE